Receipt # 72504
CK. 106
FILED
U.S. BANKRUPTCY COURT
2010 OCT -8 PM 3: 27
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: XXXXXX | ) | CASE NO. 09-44797 |
| | ) | |
| KILLINGSWORTH, KURT L. | ) | HON. KAY WOODS |
| KILLINGSWORTH, HEATHER A. | ) | |
| | ) | CHAPTER 7 |
| DEBTORS. | ) | |

## DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check Nos. 106 and 108 in the amount(s) of $3.40 and $3.44 respectively.

The dividend(s) relate(s) to the following claimant(s):

| Claimant: | Amount: |
|---|---|
| Dr. William J. Schneider<br>2835 Elm Road, NE, Suite 1<br>Warren, OH  44483 | $3.40 |
| Fidelity Information Corporation<br>P. O. Box 1616<br>Pacific Palisades, CA  90272-1616 | $3.44 |

/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee     (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0246926.1}